RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Harolyn Landau

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00248-KJD-DJA-2 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| HAROLYN LANDAU, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Harolyn Landau, that the Sentencing Hearing currently scheduled on January 3, 2023, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than one hundred twenty (120) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel and probation require additional time to conduct the presentence investigation interview. Once the interview is completed, probation will require at

least 60 days to prepare the report. Defense counsel will then require time to review the report with Ms. Landau.

    2.    In the meantime, defense counsel has been diligently working to obtain mitigation documents to provide to probation and to the court for the upcoming sentencing hearing.

    3.    The defendant is not incarcerated and does not object to the continuance.

    4.    The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAROLYN LANDAU,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00248-KJD-DJA-2<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, January 3, 2023, at 10:00 a.m., be vacated and continued to <u>June 6, 2023</u> at the hour of <u>9:30</u> a.m. in courtroom 4A.

　　　DATED this <u>15th</u> day of November 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3