RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Harolyn Landau

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HAROLYN LANDAU,<br><br>        Defendant. | Case No. 2:19-cr-00248-KJD-DJA-2<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Harolyn Landau, that the Sentencing Hearing currently scheduled on October 17, 2023, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than one hundred twenty (120) days.

The Stipulation is entered into for the following reasons:

1. The parties have had some scheduling conflicts with scheduling the probation interview. Additional time is needed to conduct the interview. The parties are aiming to

schedule it in the next 45 to 60 days. Thereafter, probation will require sufficient time to draft the report.

    2.    Defense counsel has begun to compile mitigation documents but requires more time to do so.

    3.    The defendant is not incarcerated and does not object to the continuance.

    4.    The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 4th day of August 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   */s/ Nadia Ahmed*<br>By_____<br>NADIA AHMED<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLYN LANDAU,<br><br>    Defendant. | Case No. 2:19-cr-00248-KJD-DJA-2<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, October 17, 2023, at 9:00 a.m., be vacated and continued to December 11, 2023 at the hour of 8:15 a.m.

DATED this 4th day of August 2023.

_____
UNITED STATES DISTRICT JUDGE

3