JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
NADIA J. AHMED
Nevada Bar No. 15489
MINA CHANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6055
nadia.ahmed2@usdoj.gov
mina.chang@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:19-cr-00248-RFB-DJA |
| v. | **Stipulation for Protective Order** |
| ADAM PACHECO and<br>HAROLYN LANDAU, | |
| Defendants. | |

The parties, by and through the undersigned, respectfully request and stipulate that the Court issue an order protecting from disclosure to the public or any third party not directly related to this case, any materials or information obtained from two HSLTime@gmail.com search warrant responses, identified as files 1700449-20180612-1 (2).zip and 1700449-20180612-2.zip.

The parties further state as follows:

1. A superseding indictment in this case issued on March 8, 2023. ECF No. 108.

2. Trial is currently scheduled for February 12, 2024. ECF No. 164.

1

3. The Government has already produced substantial discovery, and desires and intends to produce additional discovery related to a Gmail search warrant response upon the request of defendant Adam Pacheco. The additional discovery is identified as files 1700449-20180612-1 (2).zip and 1700449-20180612-2.zip.

4. The discovery that the Government intends to produce contains personal identifying information of co-defendant Harolyn Landau and third parties. The release of such information to the public could endanger their privacy and may subject them to potential misuse of their identities. The discovery also includes files of a sensitive and highly personal nature, specifically co-defendant Harolyn Landau's emails that contain religious prayers and other spiritual invocations, among other items.

5. The confidential personal identifying information and sensitive religious emails are referred to here as the "Protected Information."

6. In order to protect the privacy of defendant Landau and third parties referenced in the discovery to be produced, the parties intend to restrict access to Protected Information provided to the defense in discovery to the following individuals: attorneys for the defendants, and any personnel that the attorneys for the defendants consider necessary to assist in performing that attorney's duties in the defense of this case, including investigators, paralegals, retained experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

7. The Covered Individuals shall be advised of the Protective Order, and, without leave of Court, the Covered Individuals shall not:

    a. use the Protected Information for any purpose other than preparing to defend against the violations in the Superseding Indictment, or any

superseding information, indictment or further charges arising out of this case;

    b.    provide Protected Information to the custody and control of individuals other than Covered Individuals; or

    c.    publicize any Protected Information, including by attaching any Protected Information to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal or properly compliant with LR IC 6-1.

8. Defendant Adam Pacheco shall only be permitted to review the Protected Information in the presence of defense counsel who shall retain exclusive possession of the Protected Information. Defense counsel will ensure that any discovery item left with defendant Pacheco is fully redacted of any Protected Information. However, defendant Pacheco may possess Protected Information that is provided by the Government and explicitly marked and designated as "Authorized for Defendant's Possession," subject to the same restrictions as Covered Individuals in possession of Protected Information.

9. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Information as evidence at trial or support in motion practice, so long as the information is placed under seal or appropriate redactions are made in accordance with LR IC 6-1.

10. The defense shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

11. The parties reserve the right to seek to modify the terms of this protective order at a later time pursuant to Federal Rule of Criminal Procedure 16(d)(l). Should a reasonable need for this protective order cease to exist, on grounds other than a Covered

Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

12. In the event of an inadvertent disclosure of the Protected Information, the party making or learning of the inadvertent disclosure will immediately:

    a. Notify the person to whom the disclosure was made that it contains Protected Information subject to a Protective Order;

    b. Make all reasonable efforts to preclude dissemination or use of the Protected Information by the person to whom disclosure was inadvertently made;

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

*Ill*

      c.    Notify the Government and other parties of the identity of the person to whom the disclosure was made, the circumstances surrounding the disclosure, and the steps taken to ensure against further dissemination or use of the information.

13. The defense hereby stipulates to this protective order.

DATED this 7th day of November, 2023.

Respectfully submitted,

| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
|---|---|
| */s/ Mina Chang*<br>MINA CHANG<br>NADIA J. AHMED<br>Assistant United States Attorneys | */s/ Raquel Lazo*<br>RAQUEL LAZO, AFPD<br>Assistant Federal Public Defender<br>Counsel for Defendant Landau |
| | */s/ Kathleen Bliss*<br>KATHLEEN BLISS, ESQ.<br>Counsel for Defendant Pacheco |

**IT IS SO ORDERED:**

DATED this 14th of November, 2023

_____
Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

5