```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
            Plaintiff,       )   Case No. 2:19-cr-00248-RFB-DJA
     vs.                     )
                             )   ORDER TEMPORARILY UNSEALING
HAROLYN LANDAU,              )   TRANSCRIPT
            Defendant.       )
_____
```

Upon the request of Mina Chang, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 9/21/2022, ECF 94, Change of Plea.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Mina Chang, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 4th day of January 2024.

```
                              _____
                              RICHARD F. BOULWARE, II
                              U.S. District Judge
```