UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HAROLYN LANDAU,<br><br>        Defendant. | Case No. 2:19-cr-00248-RFB-DJA-2<br><br>**ORDER** |

    Based on the stipulation and good cause appearing:

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, November 6, 2025, at 9:15 a.m., be vacated and continued 4/14/2026 at 9:15 a.m.

Dated August 26, 2025

_____

UNITED STATES DISTRICT JUDGE

3